ACCEPTED
09-17-00399-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 2:01 PM
CAROL ANNE HARLEY
CLERK

**No. 09-17-00399-CR**

_____

**IN THE COURT OF APPEALS
9th DISTRICT OF TEXAS
BEAUMONT, TEXAS**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

12/11/2017 2:01:15 PM

CAROL ANNE HARLEY
Clerk

_____

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF**

_____

**RICKY RAY MARTINEZ
APPELLANT**

**VS.**

**THE STATE OF TEXAS
APPELLEE**

_____

**Appealed from the 258th Judicial District Court
of Polk County, Texas**

_____

BOBBY L PHILLIPS
State Bar No: 24088223
419 N Washington Ave.
Livingston, Texas 77351
Telephone No.: (936) 327-5619
Facsimile No.:   (936) 327-5610

1

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S INITIAL BRIEF
_____

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, under Texas Rules of Appellate Procedure, 38.6(b), respectfully requests the Court to extend the time to file Appellant's Initial Brief and would show the following:

1. Ricky Ray Martinez is the Appellant. The State of Texas is the Appellee.

2. Appellant's Initial Brief in this matter is due December 29, 2017.

3. Bobby L Phillips was appointed to represent Appellant in his appeal.

4. Since the date of appointment, counsel for Appellant has had a busy trial schedule and preparation of numerous other briefs. As a result, counsel was unable to allot the necessary time to adequately prepare Appellant's Initial Brief.

5. Therefore, Appellant requests this Honorable Court to grant Appellant a thirty (30) day extension of time for the filing of Appellant's Initial Brief due to the voluminous record and the number of appeals briefs due during the following two to three months.

6. Appellant's counsel communicated with Carolyn Sckerl "CM" Allen with the Polk County District Attorney's Office on December 11, 2017 and she stated that she had no objection to Appellant's Motion for Extension of Time.

7. This is Appellant's first request for an extension of time to file Appellant's Initial Brief in this matter, making this the first request that has been made by Appellant.

8. Appellant requests this extension of time not for the purpose of delay, but so that justice can be done and the matter properly presented to this Honorable Court.

Respectfully submitted,

/s/ Bobby L Phillips
BOBBY L. PHILLIPS
State Bar No: 24088223
419 N Washington Ave.
Livingston, Texas 77351
Telephone No.: (936) 327-5619
Facsimile No.:   (936) 327-5610
Attorney for Appellant

## CERTIFICATE OF CONFERENCE
## & CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to the Polk County District Attorney's office on this the 11th day of December, 2017 via fax electronic mail.

/s/ Bobby L Phillips
Bobby L Phillips
